Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
blindsey@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
Telephone: 702.385.5544
Facsimile: 702.442.9887

*Attorneys for the Debtor/Plaintiff*

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>STONERIDGE PARKWAY, LLC,<br><br>      Debtor.<br>_____<br><br>STONERIDGE PARKWAY, LLC, a California limited liability company;<br><br>    Plaintiff,<br><br>v.<br><br>SILVERSTONE RANCH COMMUNITY ASSOCIATION, a Nevada Non-Profit Corporation, and DOES I-MDXXVI, inclusive;<br><br>    Defendants. | CASE NO.: 22-10540-gs<br>Chapter 11<br><br><br><br>Adv. Case No. 22-01050-gs<br><br><br>Hearing Date: N/A<br>Hearing Time: N/A |

## JOINT STATUS REPORT

Stoneridge Parkway, LLC, (the "**Debtor**"), and Silverstone Ranch Community Association (the "**Association**") by and through their respective attorneys of record, hereby submit their joint status report to provide a quarterly update to the Court regarding the parties' pending arbitration before JAMS, Case Reference No. 5260000004 (the "**Arbitration**"), and respectfully state as follows:

1

1. On October 31, 2022, the parties submitted their joint status report to this Court to inform the Court of the current status of the Arbitration. *See* Adv. ECF No. 47.

2. On November 3, 2022, this Court held a status hearing regarding the status of the Arbitration, and set a further status hearing for March 30, 2023, at 9:30 a.m.

3. On December 1, 2022, the parties participated in a scheduling conference in the Arbitration. Thereafter, the arbitration panel issued a scheduling order, which set the Arbitration for July 18-20, 2023, at the JAMS offices in Las Vegas, Nevada.

4. At this time, the parties are in the discovery phase of the Arbitration and will attend a status conference before the arbitration panel on March 23, 2023.

5. The parties intend to file another status report with this Court after the March 23, 2023 Arbitration status hearing.

Dated this 10th day of January, 2023

SCHWARTZ LAW, PLLC

By: /s/ *Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
601 East Bridger Avenue
Las Vegas, NV  89101
Telephone: (702) 385-5544

*Attorneys for the Debtor/Plaintiff*

FENNEMORE CRAIG, P.C.

By: /s/ *Thomas H. Fell*
Thomas H. Fell, Esq.
Nevada Bar. No. 3717
9275 West Russell Road, Suite 240
Las Vegas, NV 89148
Telephone: (702) 692-8000

GORDON LAW, LLC
By: /s/ *Aviva Y. Gordon*
Aviva Y. Gordon, Esq.
Nevada Bar. No. 5333
1820 E. Warm Springs Road, Suite 115
Las Vegas, NV 89119
Telephone: (702) 527-5557

*Counsel for Silverstone Ranch Community Association*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent electronically via the Court's CM/ECF System on January 10, 2023, to the following:

ANTHONY W. AUSTIN for Defendant SILVERSTONE RANCH COMMUNITY ASSOC.
aaustin@fennemorelaw.com; gkbacon@fclaw.com

THOMAS H. FELL for Defendant SILVERSTONE RANCH COMMUNITY ASSOCIATION
tfell@fennemorelaw.com; clandis@fennemorelaw.com; CourtFilings@fennemorelaw.com


/s/ *Brian J. Braud*
Brian J. Braud, an employee of
SCHWARTZ LAW, PLLC

3